JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
APR 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No: ACV 02-00725
                           )
          Plaintiff,       ) ORDER FOR APPEARANCE
    vs.                    ) AND EXAMINATION OF
                           ) JUDGMENT DEBTOR
RENEE P. HACKETT, AKA      )
RENEE MACKETT              )
                           )
          Defendant.       )

Upon reading the foregoing Declaration, and it appearing that this is a proper case for the appearance of said RENEE P. HACKETT, AKA RENEE MACKETT for application of plaintiff;

IT IS ORDERED THAT RENEE P. HACKETT, AKA RENEE MACKETT shall appear personally before United States Magistrate Judge PATRICK J. WALSH _____, in Courtroom _A_ of the United States District Courthouse, located at **312 N. Spring Street, Los Angeles, California 90012**; on June 24, 2008 at 11:00 a.m., to furnish information to aid in enforcement of a money judgment against you. You are also ordered to bring with you the documents or objects on the attached list, in your possession or control.

DATED: 4/22/08                    _____
                                  UNITED STATES MAGISTRATE JUDGE

1

1
2  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME
3  AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO
4  <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE
5  COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE
6  REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT
7  CREDITOR IN THIS PROCEEDING.  See CCP 708.110(e).
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28